1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   BLAIR HAYS,                          )        Case No. CV 20-2764-AB (JEM)
                                          )
12              Plaintiff,                )
                                          )
13       v.                               )        ORDER ACCEPTING FINDINGS AND
                                          )        RECOMMENDATIONS OF UNITED
14   J. GASTELO, et al.,                  )        STATES MAGISTRATE JUDGE
                                          )
15              Defendants.               )
                                          )
16   _____ )

17          Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

18   records on file, and the Report and Recommendation of the United States Magistrate

19   Judge.  Plaintiff has filed various Objections, and Defendants have filed a response to

20   Plaintiff's initial Objections.  The Court has considered all of the parties' filings and has

21   reviewed de novo the Report and Recommendation.  The Court accepts the findings and

22   recommendations of the Magistrate Judge.

23          IT IS ORDERED that: (1) Defendants' Motion to for Judgment on the Pleadings is

24   GRANTED; and (2) Judgment shall be entered dismissing the action with prejudice.

25

26   DATED: August 4. 2021
                                          _____
27                                                ANDRÉ BIROTTE JR.
                                                  UNITED STATES DISTRICT JUDGE
28