JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BLAIR HAYS,<br><br>                    Plaintiff,<br><br>          v.<br><br>J. GASTELO, et al.,<br><br>                    Defendants. | Case No. CV 20-2764-AB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 4, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE